

# U.S. Department of Justice

*United States Attorney*
*Northern District of Mississippi*

*900 Jefferson Avenue*     *662/234-3351*
*Oxford, Mississippi 38655*     *FAX 662/234-0657*

April 26, 2012

Gene Barton, Esq.
Post Office Box 147
Okolona, MS 38860

RE:    United States of America v. United States of America v. James William Smith
        Criminal Case No. 1:11CR114

Dear Gene:

As continuing discovery under Rule 16(c) please find attached a document from Facebook showing log in times and IP addresses for James Smith's Facebook account from June 12, 2010 through June 10, 2011. I issued a trial subpoena for a Facebook record custodian to appear at trial and to bring the log in records and Facebook was kind enough to send the documents ahead of time.

I request any reciprocal discovery I am entitled to under Rule 16(b).

                                     Very truly yours,

                                     FELICIA C. ADAMS
                                     United States Attorney

                          By:     PAUL D. ROBERTS
                                     Assistant United States Attorney

PDR:kr

Enclosures