IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 1:11CR114

JAMES WILLIAM SMITH

## NOTICE OF APPEAL

The United States of America appeals the District Court's November 26, 2012 Memorandum Opinion granting the defendant James William Smith's Motion for Acquittal to the United States Court of Appeals for the Fifth Judicial Circuit.

Respectfully submitted,

FELICIA C. ADAMS
United States Attorney

*/s/ Paul D. Roberts*
By:
    PAUL D. ROBERTS
Assistant United States Attorney
Mississippi Bar No. 5592

**CERTIFICATE OF SERVICE**

I, PAUL D. ROBERTS, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the ECF system which sent notification of such filing to:

Robert Eugene Barton, Esq.
gbartinatty@bellsouth.net

This the _17th_ day of __December___, 2012.


_/s/ Paul D. Roberts_____
PAUL D. ROBERTS
Assistant United States Attorney