AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JAMES WILLIAM SMITH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:11CR114

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Sharion Aycock_
Signature of Judge

Sharion Aycock — District Judge
Name of Judge — Title of Judge

11/26/2012
Date