# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
January 13, 2014
Lyle W. Cayce
Clerk

No. 12-60988

D.C. Docket No. 1:11-CR-114

UNITED STATES OF AMERICA,

    Plaintiff - Appellant Cross-Appellee

v.

JAMES WILLIAM SMITH,

    Defendant - Appellee Cross-Appellant

Appeals from the United States District Court for the
Northern District of Mississippi, Aberdeen

Before KING, BENAVIDES, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE:    0 4 FEB 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
                Deputy

New Orleans, Louisiana    0 4 FEB 2014