### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

UNITED STATES OF AMERICA

VS.                                                           CASE NO. 1:11CR114-SA-DAS

JAMES WILLIAM SMITH                                DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been **RE-SET** for the place, date, and time set forth below:

---

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MS 39730**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**

**Date and Time**
**THURSDAY, OCTOBER 30, 2014, 1:30 P.M.**

---

Type of Proceeding

### SENTENCING AS TO COUNT ONE OF THE INDICTMENT
### BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
==*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES*==

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
       Ginger Sisk - Courtroom Deputy

Date: August 20, 2014

To:
- Cynthia A. Stewart (electronic notice only)
- Paul D. Roberts (electronic notice only)
- U.S. Marshal (electronic notice only)
- Julie Ann Epps (electronic notice only)
- U.S. Probation Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.